**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-2146**

───────────

HOWARD MURRAY,

Plaintiff - Appellant,

versus

METROPOLITAN WASHINGTON AIRPORTS AUTHORITY,

Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge.
(CA-98-1554-A)

───────────

Submitted:  March 28, 2000          Decided:  April 18, 2000

───────────

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Sol Z. Rosen, Washington, D.C., for Appellant.  Morris Kletzkin, Mark D. Crawford, FRIEDLANDER, MISLER, FRIEDLANDER, SLOAN & HERZ, Washington, D.C.; Edward S. Faggen, Joseph E. Kalet, METROPOLITAN WASHINGTON AIRPORTS AUTHORITY, Washington, D.C., for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Howard Murray appeals the district court's order that granted summary judgment to his employer, Metropolitan Washington Airports Authority, in his civil action in which he alleged employment discrimination based upon race and the court's subsequent order that denied his Fed. R. Civ. P. 59 motion. Finding no reversible error, we affirm both orders based upon the reasoning of the district court. See Murray v. Metropolitan Washington Airports Auth., No. CA-98-1554-A (E.D. Va. June 15 & July 29, 1999)[*]; see also JA 546-61 (district court's bench ruling). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the court's orders are stamped "filed" on June 11 and July 28, 1999 respectively, they were entered on the district court's docket on June 15 and July 29, which are the effective dates of the district court's orders. See Fed. R. Civ. P. 58 and 79(a); see also Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).